UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COURTNEY C. EVERETT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:06CV1012-DJS |
| | ) |
| JAMES PURKETT, | ) |
| | ) |
| Respondent. | ) |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Doc. #11] is accepted and adopted.

Dated this __12th__ day of August, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE